```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Tak S. Chan, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-03433-LKK-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MARCH 26, 2012 FOR DEFENDANTS TAK S. CHAN INDIVIDUALLY AND D/B/A HOUSE OF CHAN; NATIONAL BEAUTY GROUP, LLC INDIVIDUALLY AND D/B/A KB BEAUTY; PIERRE A. BRISCO INDIVIDUALLY AND D/B/A SALON EXSALONCE; VIELKA M. BRISCOE INDIVIDUALLY AND D/B/A SALON EXSALONCE; CHRISTINE F. GILLIE INDIVIDUALLY AND D/B/A ELEGANT BOUTIQUE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique, by and through their respective attorneys of record, Scott N. Johnson; Tak S. Chan; National Beauty Group, LLC; Pierre A. Briscoe; Vielka M. Briscoe; Christine F. Gillie, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Tak S. Chan Individually and d/b/a House of Chan; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique until February 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique are granted an extension until March 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique response will be due no later than March 26, 2012.

IT IS SO STIPULATED effective as of February 16, 2012

Dated:   February 21, 2012          /s/Tak S. Chan_____  ___

                                    Tak S. Chan,

                                    Individually and d/b/a

                                    House of Chan

                                    Defendant


Dated:   February 16, 2012          By:/s/James Fisher__  ___

                                    National Beauty Group,

                                    LLC, Individually and

                                    d/b/a KB Beauty

                                    Defendant

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

```
Dated:   February 21, 2012        /s/Pierre A. Briscoe____
                                  Pierre A. Briscoe,
                                  Individually and d/b/a
                                  Salon Exsalonce
                                  Defendant


Dated:   February 21, 2012        /s/Vielka M. Briscoe____
                                  Vielka M. Briscoe,
                                  Individually and d/b/a
                                  Salon Exsalonce
                                  Defendant


Dated:   February 21, 2012        /s/Christine F. Gillie__
                                  Christine F. Gillie,
                                  Individually and d/b/a
                                  Elegant Boutique
                                  Defendant


Dated:   February 16, 2012        /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

1  **IT IS SO ORDERED:** that Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique shall have until March 26, 2012 to respond to complaint.

Dated:  February 22, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT