SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>  vs.<br><br>Tak S. Chan, et al,<br><br>      Defendants | ) Case No. **2:11-cv-03433-LKK-DAD**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL MARCH<br>) 26, 2012 FOR DEFENDANTS TAK S.<br>) CHAN INDIVIDUALLY AND D/B/A<br>) HOUSE OF CHAN; NATIONAL BEAUTY<br>) GROUP, LLC INDIVIDUALLY AND<br>) D/B/A KB BEAUTY; PIERRE A.<br>) BRISCO INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; VIELKA M.<br>) BRISCOE INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; CHRISTINE F.<br>) GILLIE INDIVIDUALLY AND D/B/A<br>) ELEGANT BOUTIQUE TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique, by and through their respective attorneys of record, Scott N. Johnson; Tak S. Chan; National Beauty Group, LLC; Pierre A. Briscoe; Vielka M. Briscoe; Christine F. Gillie, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Tak S. Chan Individually and d/b/a House of Chan; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique until February 24, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique are granted an extension until March 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique response will be due no later than March 26, 2012.

IT IS SO STIPULATED effective as of February 16, 2012

Dated: February 21, 2012        /s/Tak S. Chan_____ ___

                                Tak S. Chan,

                                Individually and d/b/a

                                House of Chan

                                Defendant


Dated: February 16, 2012        By:/s/James Fisher__ ___

                                National Beauty Group,

                                LLC, Individually and

                                d/b/a KB Beauty

                                Defendant

```
Dated:   February 21, 2012           /s/Pierre A. Briscoe____
                                     Pierre A. Briscoe,
                                     Individually and d/b/a
                                     Salon Exsalonce
                                     Defendant


Dated:   February 21, 2012           /s/Vielka M. Briscoe____
                                     Vielka M. Briscoe,
                                     Individually and d/b/a
                                     Salon Exsalonce
                                     Defendant


Dated:   February 21, 2012           /s/Christine F. Gillie__
                                     Christine F. Gillie,
                                     Individually and d/b/a
                                     Elegant Boutique
                                     Defendant


Dated:   February 16, 2012           /s/Scott N. Johnson ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

1    **IT IS SO ORDERED:** that Defendants Tak S. Chan
2 Individually and d/b/a House of Chan; National Beauty
3 Group, LLC Individually and d/b/a KB Beauty; Pierre A.
4 Briscoe Individually and d/b/a Salon Exsalonce; Vielka M.
5 Briscoe Individually and d/b/a Salon Exsalonce; Christine
6 F. Gillie Individually and d/b/a Elegant Boutique shall
7 have until March 26, 2012 to respond to complaint.

9 Dated:   February 22, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT