SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Tak S. Chan, et al,<br><br>　　　　Defendants | ) Case No. **2:11-cv-03433-LKK-DAD**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL APRIL<br>) 26, 2012 FOR DEFENDANTS TAK S.<br>) CHAN INDIVIDUALLY AND D/B/A<br>) HOUSE OF CHAN; NATIONAL BEAUTY<br>) GROUP, LLC INDIVIDUALLY AND<br>) D/B/A KB BEAUTY; PIERRE A.<br>) BRISCO INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; VIELKA M.<br>) BRISCOE INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; CHRISTINE F.<br>) GILLIE INDIVIDUALLY AND D/B/A<br>) ELEGANT BOUTIQUE TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>) |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique, by and through, Scott N. Johnson; Tak S. Chan; National Beauty Group, LLC; Pierre A. Briscoe; Vielka M. Briscoe; Christine F. Gillie, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Tak S. Chan Individually and d/b/a House of Chan; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique until March 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique are granted an extension until April 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC

```
                    Individually and d/b/a KB Beauty; Pierre A.

                    Briscoe Individually and d/b/a Salon Exsalonce;

                    Vielka M. Briscoe Individually and d/b/a Salon

                    Exsalonce; Christine F. Gillie Individually and

                    d/b/a Elegant Boutique response will be due no

                    later than April 26, 2012.


          IT IS SO STIPULATED effective as of March 27, 2012


Dated:   March 30, 2012              /s/Tak S. Chan_____ ___

                                     Tak S. Chan,

                                     Individually and d/b/a

                                     House of Chan

                                     Defendant


Dated:   March 27, 2012              By:/s/James Fisher_____

                                     National Beauty Group,

                                     LLC, Individually and

                                     d/b/a KB Beauty

                                     Defendant
```

```
 1  Dated:   March 30, 2012            /s/Pierre A. Briscoe ___
 2                                     Pierre A. Briscoe,
 3                                     Individually and d/b/a
 4                                     Salon Exsalonce
 5                                     Defendant
 6
 7
 8  Dated:   March 30, 2012            /s/Vielka M. Briscoe ___
 9                                     Vielka M. Briscoe,
10                                     Individually and d/b/a
11                                     Salon Exsalonce
12                                     Defendant
13
14
15  Dated:   March 30, 2012            /s/Christine F. Gillie__
16                                     Christine F. Gillie,
17                                     Individually and d/b/a
18                                     Elegant Boutique
19                                     Defendant
20
21
22  Dated:   March 27, 2012            /s/Scott N. Johnson ____
23                                     Scott N. Johnson,
24                                     Attorney for Plaintiff
25
26
27
28
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

1  **IT IS SO ORDERED:** that Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique shall have until April 26, 2012 to respond to complaint.

Dated:  April 3, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT