```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>    vs.<br><br>Tak S. Chan, et al,<br><br>            Defendants | ) Case No. **2:11-cv-03433-LKK-DAD**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL APRIL<br>) 26, 2012 FOR DEFENDANTS TAK S.<br>) CHAN INDIVIDUALLY AND D/B/A<br>) HOUSE OF CHAN; NATIONAL BEAUTY<br>) GROUP, LLC INDIVIDUALLY AND<br>) D/B/A KB BEAUTY; PIERRE A.<br>) BRISCO INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; VIELKA M.<br>) BRISCOE INDIVIDUALLY AND D/B/A<br>) SALON EXSALONCE; CHRISTINE F.<br>) GILLIE INDIVIDUALLY AND D/B/A<br>) ELEGANT BOUTIQUE TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique, by and through, Scott N. Johnson; Tak S. Chan; National Beauty Group, LLC; Pierre A. Briscoe; Vielka M. Briscoe; Christine F. Gillie, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Tak S. Chan Individually and d/b/a House of Chan; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique until March 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique are granted an extension until April 26, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique response will be due no later than April 26, 2012.

IT IS SO STIPULATED effective as of March 27, 2012

Dated:   March 30, 2012            /s/Tak S. Chan_____ ___

                                   Tak S. Chan,

                                   Individually and d/b/a

                                   House of Chan

                                   Defendant


Dated:   March 27, 2012            By:/s/James Fisher_____

                                   National Beauty Group,

                                   LLC, Individually and

                                   d/b/a KB Beauty

                                   Defendant

```
Dated:   March 30, 2012            /s/Pierre A. Briscoe
                                   Pierre A. Briscoe,
                                   Individually and d/b/a
                                   Salon Exsalonce
                                   Defendant


Dated:   March 30, 2012            /s/Vielka M. Briscoe
                                   Vielka M. Briscoe,
                                   Individually and d/b/a
                                   Salon Exsalonce
                                   Defendant


Dated:   March 30, 2012            /s/Christine F. Gillie
                                   Christine F. Gillie,
                                   Individually and d/b/a
                                   Elegant Boutique
                                   Defendant


Dated:   March 27, 2012            /s/Scott N. Johnson
                                   Scott N. Johnson,
                                   Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Tak S. Chan Individually and d/b/a House of Chan; National Beauty Group, LLC Individually and d/b/a KB Beauty; Pierre A. Briscoe Individually and d/b/a Salon Exsalonce; Vielka M. Briscoe Individually and d/b/a Salon Exsalonce; Christine F. Gillie Individually and d/b/a Elegant Boutique shall have until April 26, 2012 to respond to complaint.

Dated: April 3, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT